UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERTO BALDERAS MARTINEZ,
Institutional ID No. 222-596-196

Plaintiff,

v.

WARDEN, EDEN DETENTION CENTER,

Defendant.

No. 6:26-CV-00342-H

## ORDER

Plaintiff Roberto Balderas Martinez raised conditions-of-confinement claims in his petition for writ of habeas corpus. *See* Dkt. No. 2. The Court severed the conditions claims into this civil-rights action and instructed Plaintiff to file a complete amended complaint on the court-approved form within 30 days if he wished to pursue the claims. *See* Dkt. No. 1. The Court warned Plaintiff that his failure to comply would result in the dismissal of his new complaint for want of prosecution without further notice. *Id.* Plaintiff did not comply with or respond to the Court's order, and the time to do so has passed.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action sua sponte for failure to prosecute or to comply with a court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash Railroad*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

Plaintiff has not filed his amended complaint or otherwise indicated that he wishes to pursue his civil-rights claims. As a result, the Court finds that he has abandoned his claims, and this case must be dismissed without prejudice under Rule 41(b).

So ordered.

Judgment will be entered accordingly.

All relief not expressly granted is denied, and any pending motions are denied.

Plaintiff is admonished that, if he refiles his complaint, he must use the appropriate form and either pay the full filing fee of $405.00 or file an application to proceed *in forma pauperis*.

Dated October 29, 2026.

JAMES WESLEY HENDRIX
United States District Judge